JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Camille L. K., | ) | NO. CV 22-07608 (KS) |
|         **Plaintiff,** | ) | |
| | ) | |
| | ) | JUDGMENT |
|     v. | ) | |
| | ) | |
| | ) | |
| **MARTIN J. O'MALLEY,** | ) | |
| **Commissioner of Social Security,** | ) | |
|         **Defendant.** | ) | |
| _____ | ) | |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded to the Social Security Administration for further proceedings consistent with the Court's Memorandum Opinion and Order.

DATE: February 1, 2024

_Karen L. Stevenson_
_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE