UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE LEILOKE KALI,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No: 2:22-cv-07608-KS<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($6,300.00) and zero costs ($00.00), subject to the terms of the Stipulation.

DATE: March 15, 2024

*Karen L. Stevenson*
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted in as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-